United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16221-mdc

Richard Braude  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 29, 2021     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Braude, 1848 South Carlisle Street, Philadelphia, PA 19145-2307 |
| cr | + | KeyBank N.A. S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Jun 29 2021 23:58:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Sharon Bank, 901 Main Street, Darby, PA 19023-1650 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

**Name**     **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf900 | Total Noticed: 3 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bnicholas@kmllawgroup.com
    bkgroup@kmllawgroup.com

DANIEL CHRISTOPHER KERRICK
    on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  karena.blaylock@phila.gov

PHILLIP D. BERGER
    on behalf of Creditor Sharon Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com

REBECCA ANN SOLARZ
    on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com

ROBERT J. LOHR, II
    on behalf of Debtor Richard Braude bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard Braude <br>                                     Debtor(s) | CHAPTER 13 |
| KeyBank, NA, s/b/m First Niagara Bank, NA <br>                                     Movant <br>         vs. | NO. 19-16221 MDC |
| Richard Braude <br>                                     Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. <br>                                     Trustee | |

**ORDER**

       AND NOW, this 29th day of June 2021 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

       ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 777 South 3rd Street. #1, 777 South 3rd Street. #2, 228-230 Catharine Street Rear #4, Philadelphia, PA 19147 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                                                   */s/ Magdeline D. Coleman*
                                                                              Magdeline D. Coleman
                                                                              Chief U.S. Bankruptcy Judge