IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                       :
                                            :    Chapter 13
        RICHARD BRAUDE                      :
                                            :    Bankruptcy No. 19-16221 (MDC)
                    Debtor.                 :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to the proposed Sixth Amended Plan, filed on December 22, 2021 [Docket No. 150].

                                                                Respectfully submitted,

                                                                THE CITY OF PHILADELPHIA

Dated: January 13, 2022         By:    /s/ Pamela Elchert Thurmond
                                                                PAMELA ELCHERT THURMOND
                                                                Deputy City Solicitor
                                                                PA Attorney I.D. 202054
                                                                City of Philadelphia Law Department
                                                                Tax & Revenue Unit
                                                                1401 JFK Blvd., 5th Floor
                                                                Philadelphia, PA  19102-1595
                                                                215-686-0508 (phone)
                                                                215-686-0588 (facsimile)
                                                                Email: Pamela.Thurmond@phila.gov