### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | **RICHARD BRAUDE** | : | CHAPTER 13 |
|---|---|---|---|
| | | : | |
| | **Debtor** | : | |
| | | : | BANKRUPTCY NO. 19-16221-mdc |
| | | : | |
| | | : | DATE:       TBD |
| | | : | TIME:       TBD |
| | | : | LOCATION:   Courtroom #2 |

### ORDER

AND NOW, this __30th__ day of __March__ 2022, upon consideration of the Debtor's Motion to Sell Free and Clear the Real Property Located at 2040 S. Opal Street, Philadelphia, PA 19145, Pursuant to 11 U.S.C. Section 363, and the attached Motion for Expedited Hearing, it is hereby

ORDERED that a hearing is scheduled for __April 7__, 2022, at __11:30__ a.m., in Courtroom 2, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107, and it is further:

ORDERED that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED that the Debtor shall provide notice of this Order and Motion to the (i) Office of the United States Trustee; and (ii) all parties that have requested notice in this case pursuant to Bankruptcy Rule 2002, via electronic delivery and overnight delivery.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge