United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 19-16221-mdc

Richard Braude                                                                     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Braude, 1848 South Carlisle Street, Philadelphia, PA 19145-2307 |
| cr | + | KeyBank N.A. S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Sharon Bank, 901 Main Street, Darby, PA 19023-1650 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS

     on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bnicholas@kmllawgroup.com
     bkgroup@kmllawgroup.com

DANIEL CHRISTOPHER KERRICK

     on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

District/off: 0313-2                          User: admin                                          Page 2 of 2
Date Rcvd: Mar 30, 2022                      Form ID: pdf900                                     Total Noticed: 4

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
                        on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PHILLIP D. BERGER
                        on behalf of Creditor Sharon Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com

REBECCA ANN SOLARZ
                        on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT J. LOHR, II
                        on behalf of Debtor Richard Braude bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In Re:** | **RICHARD BRAUDE** | : | **CHAPTER 13** |
| | | : | |
| | **Debtor** | : | |
| | | : | **BANKRUPTCY NO. 19-16221-mdc** |
| | | : | |
| | | : | **DATE:**      **TBD** |
| | | : | **TIME:**      **TBD** |
| | | : | **LOCATION:**      **Courtroom #2** |

## ORDER

AND NOW, this __30th__ day of _____March_____ 2022, upon consideration of the Debtor's Motion to Sell Free and Clear the Real Property Located at 2040 S. Opal Street, Philadelphia, PA 19145, Pursuant to 11 U.S.C. Section 363 , and the attached Motion for Expedited Hearing, it is hereby

ORDERED that a hearing is scheduled for _____April 7__, 2022, at

__11:30__ a.m., in Courtroom 2, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107, and it is further:

ORDERED that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED that the Debtor shall provide notice of this Order and Motion to the (i) Office of the United States Trustee; and (ii) all parties that have requested notice in this case pursuant to Bankruptcy Rule 2002, via electronic delivery and overnight delivery.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge