## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | RICHARD BRAUDE | : | CHAPTER 13 |
| | | : | |
| | Debtor | : | |
| | | : | BANKRUPTCY NO. 19-16221-mdc |
| | | : | |
| | | : | DATE:        April 7, 2022 |
| | | : | TIME:        11:30 am |
| | | : | LOCATION:   Courtroom #2 |

### CERTIFICATION OF SERVICE

I, Robert J. Lohr, hereby certify that a true and correct copy of the attached Debtor's Amended Motion to Sell Free and Clear the Real Property Located at 2040 S. Opal Street, Philadelphia, PA 19145, Pursuant to 11 U.S.C. Section 363, was served on those below and on the attached page electronically and overnight delivery service on April 2, 2022.

Office of the United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Kenneth E. West, Esquire
Office of the Standing Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Pamela Elchert Thurmond, Esquire
Senior Attorney
City of Philadelphia
Major Tax Unit
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Ms. J. Roberts
Department of the Treasury
Internal Revenue Service
600 Arch Street, Room 5200
Philadelphia, PA 19105

Christos A. Katsaounis, Esq.
PA Department of Revenue
1032 Strawberry Square 10th
4th & Walnut Streets
Harrisburg, PA 17128-1061

Phillip D. Berger, Esquire
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA 19010

| | |
|---|---|
| Daniel C. Kerrick, Esquire | Rebecca Solarz, Esquire |
| Hogan McDaniel | KML Law Group, P.C. |
| 1311 Delaware Avenue | 701 Market Street, Suite 5000 |
| Wilmington, DE 19806 | Philadelphia, PA 19106-1532 |

    /s/ Robert J. Lohr II