## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | RICHARD BRAUDE | : | CHAPTER 13 |
| | | : | |
| | **Debtor** | : | |
| | | : | BANKRUPTCY NO. 19-16221-mdc |
| | | : | |
| | | : | DATE:       April 7, 2022 |
| | | : | TIME:       11:30 am |
| | | : | LOCATION:   Courtroom #2 |

### AMENDED CERTIFICATION OF SERVICE

I, Robert J. Lohr, hereby certify that a true and correct copy of the attached Debtor's Order Granting Expedited Consideration of Debtor's Amended Motion to Sell Free and Clear the Real Property Located at 2040 S. Opal Street, Philadelphia, PA 19145, Pursuant to 11 U.S.C. Section 363, was served on those below and on the attached page electronically and overnight delivery service on April 2, 2022.

| | |
|---|---|
| Office of the United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 | Ms. J. Roberts<br>Department of the Treasury<br>Internal Revenue Service<br>600 Arch Street, Room 5200<br>Philadelphia, PA 19105 |
| Kenneth E. West, Esquire<br>Office of the Standing Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 | Christos A. Katsaounis, Esq.<br>PA Department of Revenue<br>1032 Strawberry Square 10th<br>4th & Walnut Streets<br>Harrisburg, PA 17128-1061 |
| Pamela Elchert Thurmond, Esquire<br>Senior Attorney<br>City of Philadelphia<br>Major Tax Unit<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | Phillip D. Berger, Esquire<br>919 Conestoga Road<br>Building 3, Suite 114<br>Rosemont, PA 19010 |

| | |
|---|---|
| Daniel C. Kerrick, Esquire<br>Hogan McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | Rebecca Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 |

                                        /s/ Robert J. Lohr II