**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| **In Re:** | **RICHARD BRAUDE** | : | CHAPTER 13 | |
| | | : | | |
| | **Debtor** | : | | |
| | | : | BANKRUPTCY NO. 19-16221-mdc | |
| | | : | | |
| | | : | DATE: | **April 7, 2022** |
| | | : | TIME: | **11:30 am** |
| | | : | LOCATION: | **Courtroom #2** |

## ORDER

**AND NOW,** this_____ day of _____, 202__, upon consideration of Debtor's Motion to Sell Free and Clear the Real Property located at 2040 S. Opal Street, Philadelphia, PA 19145, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his real property located at 2040 S. Opal Street, Philadelphia, PA 19145, OPA #481311500, for the sale price of $289,000.00, free and clear of all liens and encumbrances pursuant to the terms of a certain real estate agreement of sale dated January 31, 2022, to the buyer thereunder Amanda T. DiLodovico, who has been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $6,392.96 |
| 2. | Statutory liens, specific to this property, paid at closing directly to the City of Philadelphia for taxes and water | $12,116.33 |
| 3. | Internal Revenue Service Serial Number 254129017 | $124,673.26 |
| 4. | Property repairs, if any | $130,722.45 |
| 5. | Real estate commission | $14,495.00 |
| 6. | Attorneys' fees, if any | $1,500.00 |

| | | |
|---|---|---:|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Non-statutory liens, sewer and trash | $0.00 |
| | TOTAL | $289,900.00 |

After paying all statutory/municipal liens, specifically attached to 2040 S. Opal Street, Philadelphia, PA 19145, OPA #481311500, settlement costs, real estate commission and attorney's fees, the title clerk shall apply the remaining funds toward the payment of the judgment liens encumbering the Debtor's real property held by the City of Philadelphia and the Internal Revenue Service in their order of priority. There shall be no proceeds paid to Kenneth West, Chapter 13 trustee. To the extent necessary, Debtor shall immediately amend his plan, consistent with this Order and the sale of the Property.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of any objections to the sums to be disbursed.

If this Order is entered prior to confirmation of debtor's chapter 13 plan, debtor shall not be permitted to voluntarily dismiss this case; debtor may, however, convert this case to one under Chapter 7. In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing trustee shall be transferred to the appointed Chapter 7 trustee.

This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rule 6004(h) applies with respect to this Order.

BY THE COURT

_____
Magdeline D. Coleman, Chief United States
Bankruptcy Judge for the
Eastern District of Pennsylvania