## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| **In Re:** | **RICHARD BRAUDE** | : | **CHAPTER 13** | |
| | | : | | |
| | **Debtor** | : | | |
| | | : | **BANKRUPTCY NO. 19-16221-mdc** | |
| | | : | | |
| | | : | DATE: | **April 7, 2022** |
| | | : | TIME: | **11:30 am** |
| | | : | LOCATION: | **Courtroom #2** |

### NOTICE OF MOTION

Debtor, Richard Braude, has filed a Motion to Sell Free and Clear the Real Property Located at 2040 S. Opal Street, Philadelphia, PA 19145, OPA #481311500.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then anytime up to and including the hearing on April 7, 2022, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    Clerk of the Court
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Robert J. Lohr II
    Lohr & Associates, Ltd.
    1246 West Chester Pike
    Suite 312
    West Chester, PA 19382
    (610) 701-0222 - telephone
    (610) 431-2792 - facsimile
    bob@lohrandassociates.com - e-mail

      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      2.    A hearing on the motion is scheduled to be telephonically held before the Honorable Magdeline D. Coleman on April 7, 2022, at 11:30 a.m. The call in number is 1.877.336.1828 and the access code is 7855846. The toll number, if needed is 404.443.6396 and you would use the same access code.

      3.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      4.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: April 4, 2022                         /s/ Robert J. Lohr II