# Bob Lohr

| | |
|---|---|
| **From:** | Lindinger John F <John.F.Lindinger@irs.gov> |
| **Sent:** | Wednesday, April 6, 2022 11:19 AM |
| **To:** | Bob Lohr |
| **Cc:** | Roberts Jennifer |
| **Subject:** | RE: 2040 South Opal Street / BRAUDE |

Hi Bob, the Internal Revenue Service has no opposition to relief sought or the certificate of Service.

Thank you
John Lindinger
IRS Insolvency Manager
Territory 1 Group 6
Philadelphia  PA  19106

**From:** Bob Lohr <bob@lohrandassociates.com>
**Sent:** Wednesday, April 6, 2022 11:05 AM
**To:** Lindinger John F <John.F.Lindinger@irs.gov>
**Subject:** FW: 2040 South Opal Street / BRAUDE

John:

   I am forwarding the email I received from the title agency that was retained to insure the transaction that is the subject of tomorrow's hearing.  Since the proof of claim filed by the IRS had a P.O. Box as an address, I served you as I was required to serve via overnight delivery service and FedEx will not deliver to a P.O. Box.  Would you or Jennifer please send an email stating that you do not oppose the relief sought or service?  Thank you.

Robert J. Lohr II
Lohr & Associates, Ltd.
1246 West Chester Pike
Suite 312
West Chester, PA 19382
(610) 701-0222 – telephone
(610) 431-2792 – facsimile
www.lohrandassociates.com

1