## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Richard Braude
Case No: 19-16221
Business Name: _____
For the Month & Year (1/05, etc.): Jan 2022    1/22

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service    $ 1522
- (2) Other (Specify)    $
- (3) Other (Specify)    $
- (4) Total Actual Income (1+2+3)    $ 1522

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease    $ —
- (6) Utilities (Electricity, Gas, Water&Sewer)    $ 450
- (7) Telephone    $
- (8) Insurance    $ 215
- (9) Wages for Employees    $
- (10) Wages for Self/Owner(s)    $
- (11) Taxes    $
- (12) Gas and Fuel for Business Vehicles    $
- (13) Other (Specify) Repair    $ 110
- (14) Other (Specify)    $ 550
- (15) Other (Specify)    $
- (16) Total Actual Business Expenses Paid Or    $ 2025
  (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16) $ 8200(?)
- (18) Net Wages From Regular Employment-Deb $
- (19) Net Wages From Regular Employment-Spo $
- (20) Amount Carried Over From Last Month    $ 5550
- (21) Total Net Monthly Income (sum of 17 thr $ 1350

**PERSONAL**
- (22) Rent/Mortgage    $ 3000
- (23) Utilities (gas, electric, water, sewer, fuel)    $ 1450
- (24) Telephone    $ 260
- (25) Food    $ 1845
- (26) Transportation (fuel, tolls, parking)    $ 260
- (27) Other (specify) Pets    $ 220
- (28) Other (specify)    $
- (29) Other (specify)    $
- (30) Other (specify)    $
- (31) Other (specify)    $
- (32) Total Actual Personal Expenses Paid (22 $ 2685

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32)    $ 6065
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT $ 100
- (35) Net Excess Income (line 33 - line 34)    $ 5965
  carry amount on line 35 to next month line 20

**EXHIBIT D**