# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Richard Braude
Case No: 19-16221
Business Name: _____
For the Month & Year (1/05, etc.): Jan 2022    1/22

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 1522 |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| (4) | Total Actual Income (1+2+3) | $ 1522 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ — |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ 450 |
| (7) | Telephone | $ |
| (8) | Insurance | $ 295 |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) Repairs | $ 3110 |
| (14) | Other (Specify) | $ 550 |
| (15) | Other (Specify) | $ |
| (16) | Total Actual Business Expenses Paid Or (sum of 5 through 16) | $ 2025 |

| | | |
|---|---|---|
| (17) | Net Business Income/Loss (line 4-Line 16) | $ 8200 |
| (18) | Net Wages From Regular Employment-Deb | $ |
| (19) | Net Wages From Regular Employment-Spo | $ |
| (20) | Amount Carried Over From Last Month | $ 5550 |
| (21) | Total Net Monthly Income (sum of 17 thr | $ 13750 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 3000 |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ 1450 |
| (24) | Telephone | $ 260 |
| (25) | Food | $ 1845 |
| (26) | Transportation (fuel, tolls, parking) | $ 260 |
| (27) | Other (specify) Pets | $ 280 |
| (28) | Other (specify) | $ |
| (29) | Other (specify) | $ |
| (30) | Other (specify) | $ |
| (31) | Other (specify) | $ |
| (32) | Total Actual Personal Expenses Paid (22 | $ 7685 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 6065 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ 100 |
| (35) | Net Excess Income (line 33 - line 34) | $ 5965 |

carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Richard Braude
Case No: 19-16221
Business Name: _____
For the Month & Year (1/05, etc.): 2/22

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service $ 15,225
- (2) Other (Specify) $
- (3) Other (Specify) $
- (4) Total Actual Income (1+2+3) $ 15,225

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease $
- (6) Utilities (Electricity, Gas, Water&Sewer) $ 490
- (7) Telephone $
- (8) Insurance $ 2,915
- (9) Wages for Employees $
- (10) Wages for Self/Owner(s) $
- (11) Taxes $
- (12) Gas and Fuel for Business Vehicles $
- (13) Other (Specify) Repair $ 5,270
- (14) Other (Specify) $ 550
- (15) Other (Specify) $
- (16) Total Actual Business Expenses Paid Or $ 9,125
  (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16) $ 9125  6100
- (18) Net Wages From Regular Employment-Deb $
- (19) Net Wages From Regular Employment-Spc $
- (20) Amount Carried Over From Last Month $ 8,965
- (21) Total Net Monthly Income (sum of 17 thr $ 15,065

**PERSONAL**
- (22) Rent/Mortgage $ 3000
- (23) Utilities (gas, electric, water, sewer, fuel) $ 1425
- (24) Telephone $ 260
- (25) Food $ 1960
- (26) Transportation (fuel, tolls, parking) $ 450
- (27) Other (specify) $ 515
- (28) Other (specify) $
- (29) Other (specify) $
- (30) Other (specify) $
- (31) Other (specify) $
- (32) Total Actual Personal Expenses Paid (2' $ 26.05

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32) $ 4460
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT $ -100
- (35) Net Excess Income (line 33 - line 34) $ 4360
  carry amount on line 35 to next month line 20

**EXHIBIT D**