United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16221-mdc

Richard Braude  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Apr 29, 2022  Form ID: 155  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Braude, 1848 South Carlisle Street, Philadelphia, PA 19145-2307 |
| 14398906 | + | Asset Maximization Group, Attn: Bankruptcy, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 14398907 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14415614 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14398910 | + | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14398913 | + | Harleysville Bank, 271 Main Street, Harleysville, PA 19438-2495 |
| 14469072 | + | KeyBank N.A. as s/b/m to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 14608012 | + | KeyBank, NA, s/b/m First Niagara Bank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14398915 | + | Michael Brown, Esquire, Dembo Brown & Burns, LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 14398916 | | Pennsylvania Department of Revenue, Pennsylvania Department of Rev, Bureau of Compliance, P.O. Box 280948, Harrisburg, PA 17128-0948 |
| 14431181 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14398917 | + | Phillip D. Berger, Esquire, Berger Law Group, P.C., 919 Conestoga Road, Building 3, Suite 114, Bryn Mawr, PA 19010-1354 |
| 14400537 | + | Sharon Bank, c/o Phillip Berger, Esq., 919 Conestoga Road, Bldg 3, Suite 114, Rosemont, PA 19010-1352 |
| 14399970 | + | Sharon Bank, 901 Main Street, Darby, PA 19023-1650 |
| 14398918 | + | Sharon Savings Bank, 4956 Pennell Road, Aston, PA 19014-1894 |
| 14429741 | + | Wilmington Savings Fund Society, FSB, c/o Daniel C. Kerrick, Esq., 1311 Delaware Avenue, Wilmington, DE 19806-4717 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14398907 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 23:47:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14415614 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 29 2022 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14410443 | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14416906 | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14430539 | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14398909 | + | Email/Text: clientrep@capitalcollects.com | Apr 29 2022 23:47:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 14398912 | + | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | City of Phila., Law Dept., Tax Unit/Bankruptcy |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Method | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|---|
| | | | | | Dept., 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1504 |
| 14398914 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | Apr 29 2022 23:47:00 | Department of the Treasury - IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14398911 | | Email/PDF: ais.chase.ebn@aisinfo.com | | Apr 29 2022 23:54:09 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14411411 | + | Email/Text: RASEBN@raslg.com | | Apr 29 2022 23:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14420628 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Apr 29 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14409810 | + | Email/Text: megan.harper@phila.gov | | Apr 29 2022 23:47:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14437994 | + | Email/Text: Bankruptcy@wsfsbank.com | | Apr 29 2022 23:47:00 | Wilmington Savings Fund Society, FSB, 500 Delaware Avenue, 10th Floor, Wilmington, DE 19801-1490 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14398905 | | 19-16221 |
| 14416343 | * | Internal Revenue Service, Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 14398908 | ##+ | Beneficial Bank, 1139 Chestnut Street, Philadelphia, PA 19107-3619 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 29, 2022 | Form ID: 155 | Total Noticed: 27 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PHILLIP D. BERGER
    on behalf of Creditor Sharon Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com

REBECCA ANN SOLARZ
    on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT J. LOHR, II
    on behalf of Debtor Richard Braude bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard Braude
       Debtor(s)                                    Chapter: 13

                                                 Bankruptcy No: 19−16221−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 28, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Magdeline D. Coleman
                                                            Chief Judge ,
                                                            United States Bankruptcy Court

                                                                               181
                                                                          Form 155