## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In Re:** | **RICHARD BRAUDE** : | **CHAPTER 13** | |
| | : | | |
| | **Debtor** : | | |
| | : | **BANKRUPTCY NO. 19-16221-mdc** | |
| | : | | |
| | : | **DATE:** | **June 23, 2022** |
| | : | **TIME:** | **11:00 a.m.** |
| | : | **LOCATION:** | **Courtroom #2** |

## CERTIFICATE OF NO RESPONSE TO DEBTOR'S
## MOTION TO SELL THE REAL PROPERTY LOCATED AT 6037 BUIST
## AVENUE, PHILADELPHIA, PA 19142 FREE AND CLEAR OF LIENS

Debtor, Richard Braude, by and through his attorneys, Lohr & Associates, Ltd., hereby certifies the following:

1.   On May 29, 2022, Lohr & Associates, Ltd. filed Debtor's Motion to Sell the Real Property Located at 6037 Buist Avenue, Philadelphia, PA 19142, OPA #402255700, Free and Clear of Liens, with a Notice of Motion, Proposed Order and Certificate of Service in the above-captioned bankruptcy case.

2.   On May 29, 2022, the Notice of Motion, Motion, Proposed Order and Certificate of Service were timely served on all interested parties, including the United States Trustee and the Chapter 13 Trustee, as shown on the Certificate of Service previously filed together with the Motion.

3.   No party in interest has served or filed any answer, objection or other responsive pleading relating to the Objection.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order in the form accompanying the Objection granting the requested relief.

               Lohr & Associates, Ltd.

Date: June 20, 2022      By:  /s/ Robert J. Lohr II
                 1246 West Chester Pike, Suite 312
                 West Chester, PA 19382
                 (610) 701-0222 - telephone
                 (610) 431-2792 - facsimile
                 bob@lohrandassociates.com - e-mail