IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | RICHARD BRAUDE | : | CHAPTER 13 | |
| | | : | | |
| | Debtor | : | | |
| | | : | BANKRUPTCY NO. 19-16221-mdc | |
| | | : | | |
| | | : | DATE: | August 18, 2022 |
| | | : | TIME: | 11:00 a.m. |
| | | : | LOCATION: | Courtroom #2 |

**CERTIFICATE OF NO RESPONSE TO DEBTOR'S
MOTION TO SELL THE REAL PROPERTY LOCATED AT 2134 S.
GARNET STREET, PHILADELPHIA, PA 19145 FREE AND CLEAR OF LIENS**

Debtor, Richard Braude, by and through his attorneys, Lohr & Associates, Ltd., hereby certifies the following:

1. On July 16, 2022, Lohr & Associates, Ltd. filed Debtor's Motion to Sell the Real Property Located at 2134 S. Garnet Street, Philadelphia, PA 19145, OPA #481302700, Free and Clear of Liens, with a Notice of Motion, Proposed Order and Certificate of Service in the above-captioned bankruptcy case.

2. On July 16, 2022, the Notice of Motion, Motion, Proposed Order and Certificate of Service were timely served on all interested parties, including the United States Trustee and the Chapter 13 Trustee, as shown on the Certificate of Service previously filed together with the Motion.

3. No party in interest has served or filed any answer, objection or other responsive pleading relating to the Objection.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order in the form accompanying the Objection granting the requested relief.

                                                  Lohr & Associates, Ltd.

Date:  August 17, 2022          By:     /s/ Robert J. Lohr II
                                                        1246 West Chester Pike, Suite 312
                                                        West Chester, PA 19382
                                                         (610) 701-0222 - telephone
                                                         (610) 431-2792 - facsimile
                                                         bob@lohrandassociates.com - e-mail