## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | **RICHARD BRAUDE** | : | CHAPTER 13 | |
| | | : | | |
| | Debtor | : | | |
| | | : | BANKRUPTCY NO. 19-16221-mdc | |
| | | : | | |
| | | : | DATE: | August 18, 2022 |
| | | : | TIME: | 11:00 a.m. |
| | | : | LOCATION: | Courtroom #2 |

### SECOND AMENDED PROPOSED ORDER

**AND NOW,** this 18th day of August 2022, upon consideration of Debtor's Motion to Sell Free and Clear the Real Property located at 2134 S. Garnet Street, Philadelphia, PA 19145, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his real property located at 2134 S. Garnet Street, Philadelphia, PA 19142, OPA #481302700, for the sale price of $195,000.00, free and clear of all liens and encumbrances pursuant to the terms of a certain real estate agreement of sale dated June 8, 2022, to the buyer thereunder Anh P. Truong and Nhung T. Nguyen, who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $4,381.05 |
| 2. | Statutory liens, specific to this property, paid at closing directly to the City of Philadelphia for taxes and water | $14,130.79 |
| 3. | Internal Revenue Service Serial Number 330093618 Case #181120008 | $39,069.75 |
| | City of Philadelphia Judgment Liens | $6,492.20 |
| 4. | Property repairs, if any | $59,940.00 |
| 5. | Real estate commission | $11,700.00 |

| | | |
|---|---|---:|
| 6. | Attorneys' fees, if any | $1,500.00 |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Payment to Chapter 13 Trustee Kenneth West, Esquire | $57,786.21 |
| | TOTAL | $195,000.00 |

After paying all statutory/municipal liens, specifically attached to 2134 S. Garnet Street, Philadelphia, PA 19145, OPA #481302700, settlement costs, real estate commission, attorney's fees, and Property repairs, the title clerk shall apply the remaining funds toward the payment of the judgment liens encumbering the Debtor's real property held by the City of Philadelphia and the Internal Revenue Service, and pay Debtor's Attorney's fees to be held in its IOLTA account pending approval of its fee application to be filed with this Court.  The remaining proceeds shall be paid to Kenneth West, Chapter 13 trustee.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of any objections to the sums to be disbursed.

This Order shall be effective immediately upon entry.  No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rule 6004(h) applies with respect to this Order.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge