United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-16221-mdc

Richard Braude  Chapter 13

    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard Braude, 1848 South Carlisle Street, Philadelphia, PA 19145-2307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DANIEL CHRISTOPHER KERRICK
     on behalf of Creditor Wilmington Savings Fund Society FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

PAMELA ELCHERT THURMOND
     on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

PHILLIP D. BERGER
     on behalf of Creditor Sharon Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com

REBECCA ANN SOLARZ

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT J. LOHR, II

on behalf of Debtor Richard Braude bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In Re: | **RICHARD BRAUDE** | : | **CHAPTER 13** | |
| | | : | | |
| | Debtor | : | | |
| | | : | **BANKRUPTCY NO. 19-16221-mdc** | |
| | | : | | |
| | | : | DATE: | **August 18, 2022** |
| | | : | TIME: | **11:00 a.m.** |
| | | : | LOCATION: | **Courtroom #2** |

**<u>SECOND AMENDED PROPOSED ORDER</u>**

**AND NOW,** this 18th day of August 2022, upon consideration of Debtor's Motion to Sell Free and Clear the Real Property located at 2134 S. Garnet Street, Philadelphia, PA 19145, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his real property located at 2134 S. Garnet Street, Philadelphia, PA 19142, OPA #481302700, for the sale price of $195,000.00, free and clear of all liens and encumbrances pursuant to the terms of a certain real estate agreement of sale dated June 8, 2022, to the buyer thereunder Anh P. Truong and Nhung T. Nguyen, who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $4,381.05 |
| 2. | Statutory liens, specific to this property, paid at closing directly to the City of Philadelphia for taxes and water | $14,130.79 |
| 3. | Internal Revenue Service Serial Number 330093618 Case #181120008 | $39,069.75 |
| | City of Philadelphia Judgment Liens | $6,492.20 |
| 4. | Property repairs, if any | $59,940.00 |
| 5. | Real estate commission | $11,700.00 |

| | | |
|---|---|---|
| 6. | Attorneys' fees, if any | $1,500.00 |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Payment to Chapter 13 Trustee Kenneth West, Esquire | $57,786.21 |
| | TOTAL | $195,000.00 |

After paying all statutory/municipal liens, specifically attached to 2134 S. Garnet Street, Philadelphia, PA 19145, OPA #481302700, settlement costs, real estate commission, attorney's fees, and Property repairs, the title clerk shall apply the remaining funds toward the payment of the judgment liens encumbering the Debtor's real property held by the City of Philadelphia and the Internal Revenue Service, and pay Debtor's Attorney's fees to be held in its IOLTA account pending approval of its fee application to be filed with this Court. The remaining proceeds shall be paid to Kenneth West, Chapter 13 trustee.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of any objections to the sums to be disbursed.

This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rule 6004(h) applies with respect to this Order.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge