# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-16221-MDC

RICHARD BRAUDE

1848 SOUTH CARLISLE STREET

PHILADELPHIA, PA 19145-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD BRAUDE

1848 SOUTH CARLISLE STREET

PHILADELPHIA, PA 19145-

Counsel for debtor(s), by electronic notice only.

ROBERT J LOHR, II, ESQ
LOHR AND ASSOCIATES. LTD
1246 WEST CHESTER PIKE, STE 312
WEST CHESTER, PA 19382-

Date: 8/29/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee