# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **In Re:** | **RICHARD BRAUDE** | : | CHAPTER 13 |
| | | : | |
| | **Debtor** | : | |
| | | : | BANKRUPTCY NO. 19-16221-mdc |
| | | : | |
| | | : DATE: | October 27, 2022 |
| | | : TIME: | 11:00 am |
| | | : LOCATION: | Courtroom #2 |

## NOTICE OF MOTION

Debtor, Richard Braude, has filed a Motion to Sell Free and Clear the Real Property Located at 1836 S. 24th Street, Philadelphia, PA 19145, and 1838 S. 24th Street, Philadelphia, PA 19145.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 6, 2022, you or your attorney must do all of the following:

   (a) file an answer explaining your position at

   Clerk of the Court
   United States Bankruptcy Court
   Eastern District of Pennsylvania
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Robert J. Lohr II
   Lohr & Associates, Ltd.
   1246 West Chester Pike
   Suite 312
   West Chester, PA 19382
   (610) 701-0222 - telephone

(610) 431-2792 - facsimile
bob@lohrandassociates.com - e-mail

    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    2.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on October 27, 2022, at 11:00 a.m., in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

    3.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    4.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: September 22, 2022                  /s/ Robert J. Lohr II