**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | **RICHARD BRAUDE** | : | **CHAPTER 13** |
|---|---|---|---|
| | | : | |
| | **Debtor** | : | |
| | | : | **BANKRUPTCY NO. 19-16221-mdc** |
| | | : | |

**CERTIFICATE OF NO RESPONSE**

1.      On September 21, 2022, Lohr & Associates, Ltd., filed an Application for Compensation, with a Proposed Order and Certificate of Service in the above-captioned bankruptcy case.

2.      On September 21, 2022, the Application for Compensation, Proposed Order and Certificate of Service were timely served on all interested parties, including the United States Trustee and the Chapter 13 Trustee, as shown on the Certificate of Service.

No party in interest has served or filed any answer, objection or other responsive pleading related to the Application for Compensation.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order granting the Application for Compensation.

Respectfully submitted,

Lohr & Associates, Ltd.

Dated: October 24, 2022                       By:      /s/ Robert J. Lohr II
                                                           1246 West Chester Pike
                                                           Suite 312
                                                           West Chester, PA 19382
                                                           (610) 701-0222 - telephone
                                                           (610) 431-2792 - facsimile
                                                           bob@lohrandassociates.com - e-mail