### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| **In Re:** | **RICHARD BRAUDE** | : | CHAPTER 13 | |
| | | : | | |
| | **Debtor** | : | | |
| | | : | BANKRUPTCY NO. 19-16221-mdc | |
| | | : | | |
| | | : | DATE: | October 27, 2022 |
| | | : | TIME: | 11:00 a.m. |
| | | : | LOCATION: | Courtroom #2 |

### FIRST AMENDED PROPOSED ORDER

**AND NOW,** this_____ day of _____, 2022, upon consideration of Debtor's Motion to Sell Free and Clear the Real Property located at 1836 S. 24th Street, Philadelphia, PA 19145, and 1838 S. 24th Street, Philadelphia, PA 19145, Pursuant to 11 U.S.C Section 363, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his real property located at 1836 S. 24th Street, Philadelphia, PA 19142, OPA # 48231440, and 1838 S. 24th Street Philadelphia, PA 19145, OPA #482314500 for the combined sale price of $75,000.00, free and clear of all liens and encumbrances pursuant to the terms of a certain real estate agreement of sale dated July 15, 2022, to the buyer thereunder TB JV I LLC, a Pennsylvania limited liability company.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $4,360.28 |
| 2. | Liens paid at closing | $0.00 |
| 3. | Real estate taxes, sewer, trash and other such items | $19,965.11 |
| 4. | Property repairs, if any | $0.00 |
| 5. | Real estate commission | $0.00 |
| 6. | Attorneys' fees, if any upon approval of fee application | $1,500.00 |

| | | | |
|---|---|---|---|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | | $0.00 |
| 8. | Other | | $0.00 |
| | TOTAL | | $25,825.39 |

After paying all statutory/municipal liens, specifically attached to 1836 S. 24th Street, Philadelphia, PA 19145, and 1838 S. 24th Street, Philadelphia, PA 19145, settlement costs, and attorney's fees, the title clerk shall pay the remaining proceeds, approximately $49,000.00, to Kenneth West, Chapter 13 trustee.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee at (215) 627-6299, immediately upon the close of the settlement, and the trustee shall promptly notify the title company of any objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight carrier.

This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rule 6004(h) applies with respect to this Order.

BY THE COURT

_____
Magdeline D. Coleman, Chief United States
Bankruptcy Judge for the
Eastern District of Pennsylvania