United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16221-mdc
Richard Braude     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Oct 27, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

**Recip ID     Recipient Name and Address**
db     + Richard Braude, 1848 South Carlisle Street, Philadelphia, PA 19145-2307

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:

**Name     Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DANIEL CHRISTOPHER KERRICK
    on behalf of Creditor Wilmington Savings Fund Society FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

PHILLIP D. BERGER
    on behalf of Creditor Sharon Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com

ROBERT J. LOHR, II

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Richard Braude bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In Re: | RICHARD BRAUDE | : | CHAPTER 13 | |
| | | : | | |
| | Debtor | : | | |
| | | : | BANKRUPTCY NO. 19-16221-mdc | |
| | | : | | |
| | | : | DATE: | October 27, 2022 |
| | | : | TIME: | 11:00 a.m. |
| | | : | LOCATION: | Courtroom #2 |

**FIRST AMENDED PROPOSED ORDER**

**AND NOW,** this 27th day of October 2022, upon consideration of Debtor's Motion to Sell Free and Clear the Real Property located at 1836 S. 24th Street, Philadelphia, PA 19145, and 1838 S. 24th Street, Philadelphia, PA 19145, Pursuant to 11 U.S.C Section 363, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his real property located at 1836 S. 24th Street, Philadelphia, PA 19142, OPA # 48231440, and 1838 S. 24th Street Philadelphia, PA 19145, OPA #482314500 for the combined sale price of $75,000.00, free and clear of all liens and encumbrances pursuant to the terms of a certain real estate agreement of sale dated July 15, 2022, to the buyer thereunder TB JV I LLC, a Pennsylvania limited liability company.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $4,360.28 |
| 2. | Liens paid at closing | $0.00 |
| 3. | Real estate taxes, sewer, trash and other such items | $19,965.11 |
| 4. | Property repairs, if any | $0.00 |
| 5. | Real estate commission | $0.00 |
| 6. | Attorneys' fees, if any upon approval of fee application | $1,500.00 |

| | | |
|---|---|---|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Other | $0.00 |
| | TOTAL | $25,825.39 |

After paying all statutory/municipal liens, specifically attached to 1836 S. 24th Street, Philadelphia, PA 19145, and 1838 S. 24th Street, Philadelphia, PA 19145, settlement costs, and attorney's fees, the title clerk shall pay the remaining proceeds, approximately $49,000.00, to Kenneth West, Chapter 13 trustee.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee at (215) 627-6299, immediately upon the close of the settlement, and the trustee shall promptly notify the title company of any objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight carrier.

This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rule 6004(h) applies with respect to this Order.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge