IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:     RICHARD BRAUDE     :     CHAPTER 13
:
Debtor     :
:     BANKRUPTCY NO. 19-16221-mdc
:

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$41,500.00**, of which $11,500.00 has already been paid to the Applicant.

3. Applicant shall be permitted to transfer $1,500.00 from his IOLTA account to his business account.

4. Applicant shall be reimbursed $1,107.00, for fees expended by applicant in filing six Motions to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. Section 363(f).

5. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$11,500.00** which was paid by the Debtor(s) pre-petition, and Applicant received from title companies insuring title to the Debtor's properties that were sold, to the extent such

distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: December 8, 2022

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge