**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| **In Re:** | **RICHARD BRAUDE** | : | **CHAPTER 13** | |
| | | : | | |
| | **Debtor** | : | | |
| | | : | **BANKRUPTCY NO. 19-16221-mdc** | |
| | | : | | |
| | | : | **DATE:** | **February 9, 2023** |
| | | : | **TIME:** | **11:00 a.m.** |
| | | : | **LOCATION:** | **Courtroom #2** |

**NOTICE OF MOTION**

    Debtor, Richard Braude, has filed Debtor's Motion to Approve the Sale of the Real Property Located at 1611 Ellsworth Street, Philadelphia, PA 19146, Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and F.R.B.P. 2002, 6004 and 9014 .

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 28, 2023, you or your attorney must do <u>all</u> of the following:

        (a)    file an answer explaining your position at

            Clerk of the Court
            United States Bankruptcy Court
            Eastern District of Pennsylvania
            900 Market Street, Suite 400
            Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

            Robert J. Lohr II
            Lohr & Associates, Ltd.
            1246 West Chester Pike
            Suite 312
            West Chester, PA 19382
            (610) 701-0222 - telephone

(610) 431-2792 - facsimile
bob@lohrandassociates.com - e-mail

If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2.	A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on February 9, at 11:00 a.m., in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

3.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.	You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.


Dated: January 14, 2023				/s/ Robert J. Lohr II