## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | **RICHARD BRAUDE** | : | CHAPTER 13 | |
| | | : | | |
| | **Debtor** | : | | |
| | | : | BANKRUPTCY NO. 19-16221-mdc | |
| | | : | | |
| | | : | DATE: | February 9, 2023 |
| | | : | TIME: | 11:00 a.m. |
| | | : | LOCATION: | Courtroom #2 |

### SECOND AMENDED ORDER

**AND NOW,** this __9th__ day of __February__ 2023, upon consideration of Debtor's Motion to Approve the Sale of the Real Property Located at 1611 Ellsworth Street, Philadelphia, PA 19146, Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and F.R.B.P. 2002, 6004 and 9014, notice to all interested parties, the filing of any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is authorized to sell his real property located at 1611 Ellsworth Street, Philadelphia, PA 19146, OPA #365266000, for the sale price of $530,000.00, free and clear of all liens and encumbrances pursuant to the terms of a certain real estate agreement of sale dated January 8, 2023, to the buyer thereunder Adam Walters and Anna Walters, who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed substantially in the following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $11,798.70 |
| 2. | Liens paid at closing | $0.00 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $33,167.63 |
| 4. | Property repairs, if any | $283,962.43 |
| 5. | Real estate commission | $26,875.00 |
| 6. | Attorneys' fees, if any | $1,500.00 |

| | | |
|---|---|---|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Payment to Chapter 13 Trustee Kenneth West, Esquire | $172,696.24 |
| | TOTAL | $530,000.00 |

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth E. West, Chapter 13 Trustee, the balance of the sales proceeds, which are anticipated to be, approximately $172,696.24, for distribution to creditors pursuant to the confirmed plan. Creditors who receive distributions directly from the title clerk shall amend their proofs of claim.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of any objections to the sums to be disbursed. The title clerk shall then fax a copy of the disbursement check to the trustee by overnight courier.

This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rule 6004(h) applies with respect to this Order.

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge