United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-16221-amc
Richard Braude     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 19, 2024     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Braude, 1848 South Carlisle Street, Philadelphia, PA 19145-2307 |
| 14398906 | + | Asset Maximization Group, Attn: Bankruptcy, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 14398908 | + | Beneficial Bank, 1139 Chestnut Street, Philadelphia, PA 19107-3619 |
| 14398913 | + | Harleysville Bank, 271 Main Street, Harleysville, PA 19438-2495 |
| 14398915 | + | Michael Brown, Esquire, Dembo Brown & Burns, LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 14398916 | | Pennsylvania Department of Revenue, Pennsylvania Department of Rev, Bureau of Compliance, P.O. Box 280948, Harrisburg, PA 17128-0948 |
| 14398917 | + | Phillip D. Berger, Esquire, Berger Law Group, P.C., 919 Conestoga Road, Building 3, Suite 114, Bryn Mawr, PA 19010-1354 |
| 14400537 | + | Sharon Bank, c/o Phillip Berger, Esq., 919 Conestoga Road, Bldg 3, Suite 114, Rosemont, PA 19010-1352 |
| 14399970 | + | Sharon Bank, 901 Main Street, Darby, PA 19023-1650 |
| 14398918 | + | Sharon Savings Bank, 4956 Pennell Road, Aston, PA 19014-1894 |
| 14429741 | + | Wilmington Savings Fund Society, FSB, c/o Daniel C. Kerrick, Esq., 1311 Delaware Avenue, Wilmington, DE 19806-4717 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Jul 20 2024 00:01:29 | KeyBank N.A. S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14398907 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 20 2024 00:02:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14415614 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 20 2024 00:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14430539 | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14410443 | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14416906 | | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102-1595 |
| 14398909 | + | Email/Text: amanda@cascollects.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 20 2024 00:03:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 14398910 | + | Email/Text: ngisupport@radiusgs.com | Jul 20 2024 00:02:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14398912 | + | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | City of Phila., Law Dept., Tax Unit/Bankruptcy Dept., 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1504 |
| 14398914 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2024 00:03:00 | Department of the Treasury - IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14398911 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2024 00:18:50 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14411411 | + | Email/Text: RASEBN@raslg.com | Jul 20 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14469072 | ^ | MEBN | Jul 20 2024 00:01:29 | KeyBank N.A. as s/b/m to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 14608012 | ^ | MEBN | Jul 20 2024 00:01:22 | KeyBank, NA, s/b/m First Niagara Bank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14420628 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14431181 | ^ | MEBN | Jul 20 2024 00:01:23 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14409810 | + | Email/Text: megan.harper@phila.gov | Jul 20 2024 00:03:00 | The City of Philadelphia, c/o Pamela Elchert Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14437994 | + | Email/Text: Bankruptcy@wsfsbank.com | Jul 20 2024 00:03:00 | Wilmington Savings Fund Society, FSB, 500 Delaware Avenue, 10th Floor, Wilmington, DE 19801-1490 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14398905 | | 19-16221 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Sharon Bank, 901 Main Street, Darby, PA 19023-1650 |
| 14416343 | * | Internal Revenue Service, Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: pdf900 | Total Noticed: 31 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2024            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL CHRISTOPHER KERRICK | on behalf of Creditor Wilmington Savings Fund Society  FSB dckerrick@dkhogan.com, gdurstein@dkhogan.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor KeyBank N.A. S/B/M to First Niagara Bank N.A. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| PHILLIP D. BERGER | on behalf of Creditor Sharon Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com |
| ROBERT J. LOHR, II | on behalf of Debtor Richard Braude bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    RICHARD BRAUDE<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-16221-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: July 18, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge